■ DAVID M. FRIEDMAN, Respondent, v DINO'S EXPRESS, INC., et al., Appellants, and ALI M. MERHI et al., Respondents. [628 NYS2d 529] —Appeal by the defendants Dino's Express, Inc., and Joseph Lecch, from an order of the Supreme Court, Kings County (Dowd, J.), dated January 26, 1994.

Ordered that the order is affirmed, with costs payable to the

plaintiff-respondent, for reasons stated by Justice Dowd at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.